UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHARLES GREG NYGARD,<br><br>        Plaintiff,<br><br>   v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC, et al.<br><br>        Defendant. | Court Case No.: 2:14-CV-01730<br><br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER TO<br>WITHDRAW AS COUNSEL** |

Pursuant to Local Civil Rule 83.2, the undersigned counsel stipulate and agree

that effective immediately Emilie K. Edling, Houser & Allison, APC will hereby

withdraw as counsel of record for defendant U.S. Bank National Association, as Trustee

for MortgageIT Mortgage Trust, Series 2005-AR1 (the "Trust"), incorrectly named U.S.

Bank National Association.  William L. Larkins, Larkins Vacura LLP, 121 SW

STIPULATED MOTION TO WITHDRAW &
SUBSTITUTE & PROPOSED ORDER
Case No. 2:14-CV-01730

Houser & Allison, APC
9600 SW Oak St., Suite 570
Portland, OR 97223
PH: (503) 914-1382
FAX: (503) 914-1383

1  Morrison Street, Suite 700, Portland, Oregon 97204, has appeared in this matter for the

2  Trust and the parties agree that Ms. Edling may withdraw.

3

4  **DATED:** October 16, 2015.                **HOUSER & ALLISON, APC**

5                                               BY: */s Emilie K. Edling*            _
                                                Emilie K. Edling,  WSBA#45042
6                                               9600 SW Oak St, Suite 570
                                                Portland, OR 97223
7                                               Telephone:  (503) 914-1382
                                                Facsimile:  (503) 914-1383
8                                               E-Mail: eedling@houser-law.com

9  **DATED:** October 16, 2015.                **LARKINS VACURA**

10                                              BY: */s William L. Larkins, Jr.*     _
11                                              William L. Larkins, Jr, WSBA#33423
                                                Larkins Vacura LLP
12                                              121 SW Morrison Street, Suite 700
                                                Portland, OR 97204
13                                              Telephone: (503) 222-4422
                                                Email:  wlarkins@larkinsvacura.com
14

15 **DATED:** October 16, 2015.                **DEAN BROWNING WEBB**

16                                              BY: */s Dean Browning Webb*
                                                Dean Browning Webb, WSBA #10735
17                                              515 East 39th Street
                                                Vancouver, WA 98663-2240
18                                              Telephone: (503) 629-2176
                                                Email: Ricoman1968@aol.com
19 **IT IS SO ORDERED**

20

21

22     **DATED** this ____ day of _____, 2015

23

24                                              _____
                                                THE HONORABLE JOHN C. COUGHENOUR
25                                              UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO WITHDRAW &                     Houser & Allison, APC
SUBSTITUTE & PROPOSED ORDER                         9600 SW Oak St., Suite 570
Case No. 2:14-CV-01730                              Portland, OR 97223
                                                    PH: (503) 914-1382
                                                    FAX: (503) 914-1383

**CERTIFICATE OF SERVICE**

I, Emilie K. Edling, hereby certify and declare under penalty of perjury that on October 16, 2015, I served a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL** on:

Dean Browning Webb, Esq., WSBA #10735
Attorney and Counselor at Law
515 East 39th Street
Vancouver, WA 98663-2240
Telephone: (503) 629-2176
Email: ricoman1968@aol.com
*Attorneys for Plaintiff*


William L. Larkins, Jr, WSBA#33423
Larkins Vacura LLP
121 SW Morrison Street, Suite 700
Portland, OR 97204
Telephone: (503) 222-4422
Email:  wlarkins@larkinsvacura.com

☒    by eService upon all parties who have appeared and registered with ECF eFiling System.

☒    by first class mail, postage prepaid.

☒    by electronic mail.

☐    by hand delivery.

☐    by facsimile transmission to all others.

By:*/s/ Emilie K. Edling*

Houser & Allison, APC
9600 SW Oak St., Suite 570
Portland, OR 97223
E-mail: eedling@houser-law.com

STIPULATED MOTION TO WITHDRAW &
SUBSTITUTE & PROPOSED ORDER
Case No. 2:14-CV-01730

Houser & Allison, APC
9600 SW Oak St., Suite 570
Portland, OR 97223
PH: (503) 914-1382
FAX: (503) 914-1383