Hon. John C. Coughenour

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| CHARLES GREG NYGARD, | Case No. 2:14-cv-01730 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; AMERICAN MORTGAGE NETWORK, INC., a corporation; U.S. BANK NATIONAL ASSOCIATION, a national banking association; WACHOVIA MORTGAGE LOAN TRUST ASSET-BACKED CERTIFICATES, SERIES 2006-AMN1, a trust; FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation; RESIDENTIAL FUNDING COMPANY, LLC, a limited liability corporation; DEUTSCHE BANK TRUST COMPANY AMERICAS, a corporation; RALI SERIES 2007-Q04 TRUST, a trust; MORTGAGEIT, INC., a corporation; MORTGAGEIT TRUST 2005-AR1, a trust; DEUTSCHE BANK NATIONAL TRUST COMPANY, a corporation; INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, a trust; and, NORTHWEST TRUSTEE SERVICES, INC., a corporation, | *(Clerk's Action Required)* |
| Defendants. | |

## I. STIPULATION

STIPULATION AND ORDER OF DISMISSAL
2:14-cv-01730-JCC
Page 1 of 3

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Plaintiff Charles Nygard filed a complaint against multiple defendants – including Defendant U.S. Bank National Association, as Trustee for MortgageIT Mortgage Trust, Series 2005-AR1, concerning the loan against 13401 29th Drive SE, Bothell, Washington 98012, alleging six claims for relief under the Racketeer and Corrupt Organization Act of 1970 (RICO) abd two claims for relief under the Washington Criminal Profiteering Act. Defendant U.S. Bank National Association, as Trustee, etc. was named as a defendant in regard to multiple loans but this stipulation concerns only a single loan against 13401 29th Drive SE, Bothell, Washington 98012, and as to this defendant and loan Plaintiff Nygard agrees that all causes of actions asserted, including the RICO and WA Criminal Profiteering, should to be dismissed **with prejudice** and without fees or costs to either party.

## II.  ORDER

Based upon the stipulation of the parties, all causes of action alleged herein in Case No. 2:14-cv-01730, asserted against U.S. Bank National Association, as Trustee for MortgageIT Mortgage Trust, Series 2005-AR1, concerning the loan against 13401 29th Drive SE, Bothell, Washington 98012, are dismissed with prejudice, and without award of costs or attorney's fees to any party.

Nothing herein shall be a dismissal of U.S. Bank National Association, as Trustee for MortgageIT Mortgage Trust, Series 2005-AR1, concerning other loans where it is trustee and are involved in this action.

DATED: _____        _____
                                     Hon. Judge John C. Coughenour

**SIGNATURES ON FOLLOWING PAGE**

STIPULATION AND ORDER OF DISMISSAL
2:14-cv-01730-JCC
Page 2 of 3

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  STIPULATED, PRESENTED BY:
2  ATTORNEY AND COUNSELOR AT LAW

3
4  By: */S/ Dean Browning Webb*
       Dean Browning Webb, WSBA #10735
5      Attorney for Plaintiff Charles Greg Nygard

6  STIPULATED, APPROVED AS TO
7  FORM, NOTICE OF PRESENTATION WAIVED

8  RCO LEGAL, P.S.

9
10 By: */S/ Steven K. Linkon*
       Steven K. Linkon, WSBA #34896
11     Attorneys for Defendant U.S. Bank
       National Association, as Trustee for
12     MortgageIT Mortgage Trust, Series
       2005-AR1, *erroneously sued as US
13     Bank National Association and
       MortgageIt Trust 2005-AR1, a Trust*

STIPULATION AND ORDER OF DISMISSAL
2:14-cv-01730-JCC
Page 3 of 3

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131