THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GREG NYGARD,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,<br><br>Defendants. | CASE NO. C14-1730-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff's claims against the majority of Defendants have been dismissed. (Dkt. Nos. 27, 44, 45, 68, 74.) The only remaining defendants are MortgageIt Trust 2005–AR1 and Wachovia Mortgage Loan Trust. These defendants are not represented by counsel and have not filed answers to Plaintiff's complaint. Plaintiff's complaint does not appear to allege claims against these defendants that differ significantly from those claims against defendants that have been dismissed. The Court therefore ORDERS Plaintiff to notify the Court as to whether he intends to pursue this suit against the remaining two defendants or if this case should be dismissed in full and closed. **Such notice shall be filed by Friday, November 6, 2015. Failure to file such notice shall be deemed an admission that Plaintiff does not wish to pursue this case any further and that it shall be dismissed in full.**

MINUTE ORDER, C14-1730-JCC
PAGE - 1

1 | DATED this 27 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk