IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHARLES GREG NYGARD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>a corporation; et.al.,<br>　　　　　　Defendants. | Civil No.: 2:14-CV-01730-JCC<br>[**CORRECTED**]<br>NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO FRCP 41 OF<br>REMAINDER OF ACTION |

Plaintiff Charles Greg Nygard, appearing by and through counsel, Dean Browning Webb, attorney and counselor at law, do hereby voluntarily dismiss, pursuant to FRCP 41, the remainder of the above action, without prejudice.

Respectfully *__presented,__*

Dated: 2 November 2015.

　　　　　　　　　　　DEAN BROWNING WEBB
　　　　　　　　　　　ATTORNEY and COUNSELOR AT LAW

　　　　　　　　　By: */s/ Dean Browning Webb*
　　　　　　　　　　　DEAN BROWNING WEBB, ESQ. WSBA # 10735
　　　　　　　　　　　ATTORNEY and COUNSELOR AT LAW
　　　　　　　　　　　515 EAST 39TH STREET
　　　　　　　　　　　VANCOUVER, WA 98663-2240
　　　　　　　　　　　TELEPHONE: [503] 629-2176
　　　　　　　　　　　ELECTRONIC MAILING ADDRESS:
　　　　　　　　　　　Ricoman1968@aol.com

FRCP 41 Voluntary Dismissal

ATTORNEYS FOR PLAINTIFF:
Charles Greg Nygard

CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares as follows:

That on 2 November 2015, your declarant caused a copy of the referenced FRCP 41 voluntary dismissal notice to be served upon all parties who have appeared and registered with ECF.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 2nd day of November, 2015, in Vancouver, WA.

By: */s/ Dean Browning Webb*
DEAN BROWNING WEBB

2    FRCP 41 Voluntary Dismissal